IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. DNCW3:97MC46 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| REGINALD B. RICHARDSON, | ) | |
| Debtor(s). | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and FX SOLUTIONS. LLC:

A judgment was entered on June 14, 1994, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Reginald B. Richardson, whose last known address is 6112 Bayswater Lane, Charlotte, NC 28212, in the sum of $73,193.61. The balance on the account as of July 28, 2011 is $229,931.23.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and FX Solutions, LLC is commanded to turn over property in which the Defendant, Reginald B. Richardson, Social Security Number XXX-XX-1735, dba/Sunbelt Foot Specialists, Sunbelt Family Footcare Specialist, Sunbelt Family Footcare, and Sunbelt Foot Care Specialists, whose Tax ID number is XX-XXX3084, has a substantial nonexempt interest, the said property being any and all funds located in FX Solutions, LLC accounts in the name of Reginald B. Richardson, dba/Sunbelt Foot Specialists, Sunbelt Family Footcare Specialist, Sunbelt Family Footcare, and Sunbelt Foot Care Specialists, at the following address: 1 Route 17 South, Ste 260, Saddle River, NJ 07458.

**SO ORDERED**.                    Signed: July 28, 2011

David S. Cayer
United States Magistrate Judge