IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW 3:97MC46 |
| | ) | (Financial Litigation Unit) |
| REGINALD B. RICHARDSON, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| THE CW WILLIAMS COMMUNITY | ) | |
| HEALTH CENTER, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Reginald B. Richardson is DISMISSED.

**SO ORDERED**.　　　　　　　　　　Signed: January 31, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David S. Cayer
　　　　　　　　　　　　　　　　　United States Magistrate Judge