IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:97MC46-FDW-DSC |
| | ) | |
| REGINALD B. RICHARDSON, | ) | (Financial Litigation Unit) |
| Defendant. | ) | |

ORDER APPROVING RENEWAL OF
UNITED STATES' JUDGMENT LIEN

Based on the United States' Motion and good cause appearing therefore, the Court hereby APPROVES the renewal of the United States of America's judgment lien against Reginald B. Richardson entered in this case on May 20, 1997 (Doc. No. 1) in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. §3201. The judgment lien is hereby renewed for twenty (20) years up to and including May 20, 2037.

**SO ORDERED**.

Signed: May 15, 2017

_____
David S. Cayer
United States Magistrate Judge